## John W. Eagleston et al., Appellees, v. Anna Burrell Goodykoontz, Administratrix, Appellant.

### Gen. No. 17,913.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Reversed and remanded with directions. Opinion filed October 14, 1913.

### Statement of the Case.

Bill filed by John W. Eagleston and others against

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

Charles H. Goodykoontz to set aside and remove a certain instrument as a cloud on complainants' title to real estate. From a decree for complainants, defendant appeals.

GARNETT & GARNETT, for appellant.

No appearance for appellees.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. QUIETING TITLE, § 38*—*when recorded contract not a cloud on title.* A recorded instrument which is a mere contract to pay money and gives no interest in the land itself is not a cloud which may be set aside on bill filed in equity.

2. QUIETING TITLE, § 36*—*cloud, defined.* A cloud upon title is a semblance of title, valid on its face, to show the invalidity of which it is necessary to resort to extrinsic evidence. It is an incumbrance apparently valid but actually invalid.

3. QUIETING TITLE, § 36*—*effect of recording.* The mere recording of an instrument does not make it a cloud on title.

4. QUIETING TITLE, § 36*—*when instrument not a cloud.* Mere fact that a prospective purchaser believed a recorded instrument to be a cloud and refused to carry out a contract of purchase does not make the instrument a cloud.